CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 23 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| SOUTHPRINT, INC., <br> d/b/a CHECKERED FLAG SPORTS <br>     Plaintiff <br><br> v. <br><br> H3, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) Case No. 4:02cv038 <br> ) <br> ) **ORDER** <br> ) <br> ) By:  Hon. Michael F. Urbanski <br> )       United States Magistrate Judge |

In accordance with the Memorandum Opinion enter this day, defendant H3, Inc's motion for attorney fees pursuant to 15 U.S.C. § 1117(a) shall be and hereby is **DENIED**. Further, defendant H3, Inc. is awarded costs against Southprint, Inc. d/b/a Checkered Flag Sports, in the amount of $4,400.00.

Entered this 23rd day of November, 2005.

_____
Michael F. Urbanski
United States Magistrate Judge